# Court of Appeals
# of the State of Georgia

ATLANTA,  April 01, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0283.  NATHAN E. OHUCHE v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

The superior court entered an order requiring Nathan E. Ohuche to pay rent into the registry of the court pending final resolution of this dispossessory action. Ohuche then filed this discretionary application seeking to appeal the order.  We, however, lack jurisdiction.

The order compelling payment of rent into the court registry is not a final order because the dispossessory action remains pending below. See *Rivera v. Housing Authority of Fulton County*, 163 Ga. App. 648 (295 SE2d 336) (1982).  Therefore, Ohuche was required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court.  OCGA § 5-6-35, the discretionary appeal statute, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996).

Ohuche's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this application, which is hereby DISMISSED.

Ohuche has also filed an emergency motion, asking us to stay the dispossessory proceeding.  That motion is DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 04/01/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*